UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | MISC. NO. |
| APPOINTMENT OF UNITED | : | |
| STATES ATTORNEY | : | |
| | : | |

## ORDER

**AND NOW**, this 24th day of June, 2025, pursuant to 28 U.S.C. § 546(d), and consistent with the affirmative vote of a majority of Judges of this Court, it is hereby **ORDERED** that David Metcalf, Esquire, is appointed as the United States Attorney for the Eastern District of Pennsylvania, effective July 1, 2025.

FOR THE COURT:

_____
Mitchell S. Goldberg, Chief Judge
United States District Court for the
Eastern District of Pennsylvania